IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARWAN ISA BELION,

    Plaintiff,

v.                                  CASE NO. 5:16-cv-188-MP-GRJ

LEE PENTON, et al.

    Defendants.

_____/

## REPORT AND RECOMMENDTION

Plaintiff initiated this case by filing a *pro se* civil rights complaint, ECF No. 1, and has been granted leave to proceed as a pauper by separate order. Because Plaintiff failed to use this Court's form for prisoner civil rights complaints, the Court ordered Plaintiff to file an amended complaint on the proper form on or before September 24, 2016. ECF No. 6. Plaintiff was warned that failure to comply would result in a recommendation that this case be dismissed without further notice. *Id*. As of this date, Plaintiff has neither complied with the Court's order to file an amended complaint, nor shown cause as to why he is unable to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to comply with an order of the

Court.

      **IN CHAMBERS** this 11th day of October 2016.

                *s/Gary R. Jones*
                GARY R. JONES
                United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**